

# NUMBER 13-14-00619-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**COURTNEY HENDERSON,**                                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                    **Appellee.**

---

### On appeal from the 105th District Court
### of Nueces County, Texas.

---

## ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's **third** motion for extension of time to file the brief. Appellant's brief was originally due to be filed on January 16, 2015, and this Court has previously granted appellant two extensions for the filing of appellant's brief in this cause totaling one hundred and seventy-five days.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order.   The Court, however, looks with disfavor upon the delay caused by counsel's failure to have previously filed a brief in this matter.

Appellant's third motion for extension of time to file the brief is GRANTED, and the Honorable Jacqueline Del Llano Chapa, counsel for appellant, is ORDERED to file the appellate brief with this Court on or before July 10, 2015.   If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected.   TEX. R. APP. P. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
12th day of June, 2015.

2